**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**

**FEB 26 2024**

**JEFFREY P. COLWELL**
**CLERK**

Civil Action No. _____

(To be supplied by the court)

Sheheryar Alam Qazi , Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
_____ Yes __✓__ No

United States ,

_____ ,

_____ ,

_____ , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names listed in the above caption must be
identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

| NOTICE |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Sheheryar Qazi, 01224-104, USP MAX P.O.Box 8500, Florence,
(Name, prisoner identification number, and complete mailing address) CO. 81226

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
✓ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

## B.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: United States, Not Known, Not Known
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 1 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 2: _____
            (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ____ Yes ____ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ____ individual and/or ____ official capacity.

Defendant 3: _____
            (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ____ Yes ____ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ____ individual and/or ____ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

____    State/Local Official (42 U.S.C. § 1983)

____    Federal Official
As to the federal official, are you seeking:
____ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
____ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

✓    Other: (*please identify*) FTCA, 28 U.S.C. § 1346(b), 2671-80.

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Negligence under FTCA</u>

Claim one is asserted against these Defendant(s): United States

<u>EXHAUSTION</u>

Plaintiff, Sheheryar Qazi's TORT Claim was denied by The BOP's Regional Office on July 27, 2022. See attached Final Denial document. Pl. initiated a civil action, which was docketed on 2-1-2023, Case No. 1:23-cv-00292-LTB. That case was dismissed without prejudice due to Failure to comply with Court's Order To Cure Deficiencies on 10-2-2023. Pl. filed two Rule 59(e) motions arguing that he never recieved The said court order. Both were denied and The court reminded Pl., That "case was dismissed without prejudice, and Plaintiff can initiate a new action." Therefore, Pl. here initiates a new action, based on The same Negligence claim as The previous one.

4

## D. Statement Of Claims

Since Pl.'s case was dismissed without prejudice and not on merits, The government had sufficient notice since 2-1-2023 That The Pl. wishes to seek relief Through court, and due to The fact That This action brings The same claim as The previous case which was filed timely, This action should not be considered as untimely.

## Claim's Supporting Facts

Plaintiff timely, and presently suffers physical ailments (Backbone, spine) That has clearly been acknowledged by The United States (Defendant). The defendant has not rectified Pl.'s ailments, after repeated complaints by Pl., of ongoing excruciating pain, from backbone ailment.

The United States' acknowledgement of Pl.'s ailment, and refusal to remedy Pl.'s ailment, stand in violation of The FTCA.

Pl. suffers daily as a result of The defendant's refusal to remedy Pl.'s spine ailment. The United States' act of negligence; stand apparent, i.e. The defendant has not medically remedied Pl.'s ailment: Backbone Pain.

5

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    United States

Docket number and court:    1:23-CV-00292-LTB

Claims raised:    Negligence under FTCA

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)    Dismissed without prejudice

Reasons for dismissal, if dismissed:    Failure to comply with court's order to cure deficiencies in §1915 motion.

Result on appeal, if appealed:    _____

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

6

E. Previous Lawsuits

Name(s) of defendants: Seroski, et al

Docket number and court: 1:22-CV-PAB-MEH

Claims raised:                     Deliberate
                                   Indifference under
                                   Eighth Amendment

Disposition:                       Dismissed with
                                   Prejudice

Reason for Dismissal, if dismissed:  Lack of
                                     Bivens Remedy.

7

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Plaintiff respectfully asks court to grant the following Relief: (A) Compensatory damages against the United States, in the Sum of $365,000.00. (B) Attorney Fees, if one will volunteer or is appointed. (C) Any expert fee, if needed. (D) Filing Fees, postage and other expenses incurred in the prosecution of this action.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

__2-16-2024__
(Date)

(Revised November 2022)

8



**U.S. Department of Justice**

Federal Bureau of Prisons

_North Central Regional Office_

---

_Office of the Regional Counsel_

_400 State Avenue_
_Tower II, Suite 800_
_Kansas City, KS  66101_

July 27, 2022

Sheheryar Qazi,  #01224-104
United States Penitentiary ADMAX
P.O. Box 8500
Florence, CO  81226

RE:    Tort Claim TRT-NCR-2022-01745
       Amount of Claim:  $365,000.00

       Certified Mail Receipt No:    7021 2720 0000 8549 8573

Dear Claimant:

Your above referenced tort claim has been considered for administrative review pursuant to 28 C.F.R. § 0.172, <u>Authority: Federal Tort Claims</u> and 28 C.F.R. Part 14, <u>Administrative Claims under Federal Tort Claims Act</u>.  Investigation of your claim did not reveal that you suffered any personal injury as a result of the negligent acts or omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your claim is denied.  This memorandum serves as a notification of final denial under 28 C.F.R. § 14.9, <u>Final Denial of Claim</u>.  If you are dissatisfied with our agency's action, you may file suit in an appropriate U.S. District Court no later than 6 months after the date of mailing of this notification.

Sincerely,

Mary A. Noland
Regional Counsel